# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARANDA DANIEL )
as Parent and Next Friend of M.H., et al. )
)
**Plaintiffs,** )
)
v. )   Civil Case No. 14-1270 (RJL/GMH)
)
DISTRICT OF COLUMBIA )
)
**Defendant.** )

**ORDER**
(March 30 , 2016)

**FILED**

MAR 31 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

On February 17, 2016, Magistrate Judge G. Michael Harvey issued a Report and

Recommendation [Dkt. #18] with respect to plaintiffs' motion for summary judgment

[Dkt. #12] and defendant's cross-motion for summary judgment [Dkt. #14]. Under Local

Rule 72.3(b), the parties had fourteen days after being served with a copy of the Report

and Recommendation to file written objections to the proposed recommendations. To

date, no written objections have been filed. Accordingly, for the reasons set forth in

the Report and Recommendation, the lack of objections filed thereto, and the entire

record herein, it is hereby

**ORDERED** that the Report and Recommendation [Dkt. #18] filed in this case on

February 17, 2016 is **ADOPTED** in its entirety; it is further

**ORDERED** that plaintiffs' motion summary judgment [Dkt. #12] is **GRANTED**

**in part** and **DENIED in part**; it is further

**ORDERED** that defendant's cross-motion for summary judgment [Dkt. #14] is **GRANTED in part** and **DENIED in part**; it is further

**ORDERED** that plaintiffs are entitled to an award of attorneys' fees in the amount of $11,762.43 and an additional $63.48 in costs; and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge